OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
10/30/2014 PRIVATE USE

$ 00.26⁵
OCT 31 2014

GLENN, JONATHAN BRANDON  Tr. Ct. No. B-12,206-B  WR-73,326-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JONATHAN BRANDON GLENN
HENDERSON COUNTY JAIL
206 N MURCHISON ST
ATHENS, TX 75751

U T F